```
ANDRÉ BIROTTE JR.
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
KEVIN B. FINN
Assistant United States Attorney
Calif. Bar No. 128072
     Federal Building, Suite 7516
     300 North Los Angeles Street
     Los Angeles, California 90012
     Telephone:  (213) 894-6739
     Fax:              894-7327
     email:    kevin.finn@usdoj.gov
Attorneys for Federal Defendant
```

E-FILED 03/12/14

CLOSED

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| KATHLEEN OPLIGER,<br><br>    Plaintiff,<br><br>    v.<br><br>THOMAS J. VILSACK,<br>SECRETARY, U.S. DEPARTMENT<br>OF AGRICULTURE,<br><br>    Defendant. | Case No.  CV 11-7025 PSG (SPx)<br><br>~~(Proposed)~~<br>JUDGMENT<br><br>Honorable Philip S. Gutierrez |

    The Court took defendant's Motion for Summary Judgment, plaintiff's Opposition to Motion for Summary Judgment, and defendant's Reply to Opposition, as well as the parties' objections, under submission.  The Court having considered the pleadings, evidence presented, Memorandum of Points and Authorities, and consistent with the Statement of

Uncontroverted Facts and Conclusions of Law,

   IT IS HEREBY ORDERED, ADJUDGED AND DECREED that defendant's Motion for Summary Judgment is granted and judgment is hereby entered for defendant Thomas J. Vilsack, Secretary U.S. Department of Agriculture.

DATED: March  12 , 2014

## PHILIP S. GUTIERREZ

PHILIP S. GUTIERREZ
UNITED STATES DISTRICT JUDGE